UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRETT ANDREW NELSON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD CORWIN JACKSON, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-0338 (UNA)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

The Court treats this civil action as yet another attempt by petitioner to enforce a purported arbitration award. None of petitioner's prior attempts have been successful, *see, e.g., Nelson v. Burgemeister*, No. 21-CV-1168 (D.D.C. May 17, 2021), *aff'd*, No. 21-7058 (D.C. Cir. Feb. 3, 2022), and he fares no better here. To the extent plaintiff raises any additional claims, the Court concludes that it lacks personal jurisdiction over any of the named defendants, that it has no authority to interfere with any court proceeding, criminal or otherwise, involving plaintiff in the federal or state courts of Colorado, and that the complaint otherwise fails to state a claim upon which relief can be granted.

The Court will dismiss the complaint and this civil action without prejudice. A separate Order will issue.

DATE: March 16, 2022

/s/
AMIT P. MEHTA
United States District Judge